UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P334-H

**RICHARD GIST**                                                           **PETITIONER**

**v.**

**COMMONWEALTH OF KENTUCKY**                         **RESPONDENT**

**MEMORANDUM OPINION**

Upon filing the instant action, Petitioner Richard Gist assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On April 27, 2009, the copy of the Court's April 16, 2009, Order sent to Petitioner at his address of record was returned to the Court by the United States Postal Service marked "Return to Sender, Inmate Not in Custody" (DN 15). Apparently, Petitioner no longer lives at his address of record, and because he has not advised the Court of any change in his address, neither notices from this Court nor filings by Respondent can be served on Petitioner. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Petitioner has abandoned any interest in prosecuting this case, the Court will dismiss the case by separate Order.

Date:

cc:     Petitioner, *pro se*
4412.005