# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:08CV-P334-H

**RICHARD GIST**                                                          **PETITIONER**

**v.**

**COMMONWEALTH OF KENTUCKY**                          **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Petitioner, *pro se*
4412.005